UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA M. JOHNSON,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-6058 RAJ

**ORDER STAYING PROCEEDINGS PENDING DISPOSITION OF APPEAL**

      Plaintiff filed an appeal to the Ninth Circuit challenging several orders of this Court, none of which was a final order. Dkt. 41. Although the filing of an interlocutory appeal does not automatically stay proceedings in the district court, the district court has broad discretion to decide whether a stay is appropriate to "promote economy of time and effort for itself, for counsel, and for litigants." *Filtrol Corp. v. Kelleher*, 467 F.2d 242,

244 (9th Cir. 1972) (quotations and citations omitted); *see also Nken v. Holder*, 556 U.S. 418, 433 (2009) (Whether to issue a stay is an exercise of judicial discretion.).

The appealed orders include the order transferring this case to the undersigned. *See* Dkt. 41 at 1, Dkt. 37. Because a reversal on appeal might affect the validity of proceedings conducted before the appeal process concluded, the Court concludes economy of time and effort for itself and the parties would be not be served by conducting further proceedings at this time.

Accordingly, the Court **STAYS** all proceedings in this case, pending disposition of Plaintiff's appeal to the Ninth Circuit.

DATED this 21st day of September, 2021.

    *[signature: Richard A. Jones]*
    The Honorable Richard A. Jones
    United States District Judge

ORDER STAYING PROCEEDINGS PENDING DISPOSITION OF
APPEAL - 2