UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. C20-6058 RAJ<br><br>~~PROPOSED~~ **ORDER LIFTING STAY AND RENOTING REPLY DEADLINE** |

Plaintiff filed an appeal to the Ninth Circuit challenging several orders of this Court, none of which was a final order. Dkt. 41. In response, the Court entered an order staying all proceedings in this case pending the appeal. Dkt. 44. The Ninth Circuit then entered an order dismissing Plaintiff's appeal for lack of jurisdiction. Dkt. 45. On December 6, 2021, the Ninth Circuit entered a mandate giving its order of dismissal effect. Dkt. 47.

Accordingly, the Court **LIFTS** the stay. **Plaintiff shall have up to and including December 21, 2021, to file a reply brief, limited to nine pages**. The reply brief shall be limited

to the issues raised in Plaintiff's opening brief, and should focus on addressing the arguments raised in Defendant's response brief.  The Court will address Plaintiff's motion, entitled "Objection and Remand of Case," Dkt. 46, in its order on Plaintiff's claims raised in the opening brief, as necessary.

DATED this 10th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge